# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE KASEY ALLEN, | Case No. 1:19-cv-00629-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 11) |
| Defendant. | |

Plaintiff Kyle Kasey Allen ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On December 4, 2019, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 11.) Pursuant to the terms of the stipulation, upon remand to the agency, the Defendant shall conduct any necessary further proceedings, including but not limited to re-evaluating Plaintiff's testimony, and issue a new decision.

///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Kyle Kasey Allen and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **December 5, 2019**

UNITED STATES MAGISTRATE JUDGE