# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE KASEY ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:19-cv-00629-SAB<br><br>ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))<br><br>(ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Kyle Kasey Allen (Plaintiff) is awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (d), in the amount of two thousand two hundred and ninety-eight dollars and eighty cents ($2,298.80) subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated: __**March 5, 2020**__

UNITED STATES MAGISTRATE JUDGE